**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TIDEWATER MARKETING GLOBAL
CONSULTANTS, INC.,

                Plaintiff,

v.                                        Case No. 8:08-cv-2497-T-26TGW

FREEFUELCENTER.COM, et al.,

                Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

____  IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_x_  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: January 15, 2009

_____
**Counsel of Record or *Pro Se* Party**
  [Address and Telephone]
Thomas C. Little, Esquire
2123 NE Coachman Road, Suite A
Clearwater, FL  33765
(727) 443-5773