# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TIDEWATER MARKETING GLOBAL
CONSULTANTS, INC.,

    Plaintiff,

v.                            CASE NO: 8:08-cv-2497-T-26TGW

FREEFUEL CENTER.COM, et al.,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Motion for Entry of Default (Dkt. 11) is denied. According to the waiver of service form filed January 9, 2009, at docket 4, Defendants have sixty (60) days from January 5, 2009, within which to respond to Plaintiff's complaint. That time period has clearly not elapsed.

**DONE AND ORDERED** at Tampa, Florida, on February 19, 2009.

                              s/*Richard A. Lazzara*
                          **RICHARD A. LAZZARA**
                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record