**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TIDEWATER MARKETING GLOBAL
CONSULTANTS, INC.,

    Plaintiff,

v.                                      CASE NO: 8:08-cv-2497-T-26TGW

FREEFUELCENTER.COM, *et al.*,

    Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the responses to the Court's order to show cause filed by Plaintiff and the Receiver, it is **ORDERED AND ADJUDGED** that the time for filing the Case Management Report is stayed for sixty (60) days in order to allow the Receiver an opportunity to review Plaintiff's claims which are the subject of this action.

**DONE AND ORDERED** at Tampa, Florida, on June 1, 2009.

                                                 s/*Richard A. Lazzara*
                                                 **RICHARD A. LAZZARA**
                                                 **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record