UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIDEWATER MARKETING GLOBAL
CONSULTANTS, INC.,

          Plaintiff,

vs.                                              Case No. 8:08-cv-2497-T-26TGW

FREEFUELCENTER.COM, et al.,

          Defendants.
_____/

## UNOPPOSED MOTION TO DISMISS AND RESPONSE TO ORDER TO SHOW CAUSE AND INCORPORATED MEMORANDUM OF LAW

    Plaintiff, Tidewater Marketing Global Consultants, Inc., by and through its duly appointed Receiver, Charles L. Stutts, pursuant to Fed. R. Civ. P. 41 and this Honorable Court's Order to Show Cause dated May 19, 2009 and Order dated June 1, 2009, hereby responds the Order to Show Cause and moves to dismiss this action, and states:

    1.    On December 17, 2008, Plaintiff filed its Complaint for injunctive and other relief alleging that Defendant Freefuelcenter.com and its alleged principal, Troy Warren, had engaged in unfair competition, counterfeiting, false advertisement, misappropriation and other wrongful acts in connection with Defendant's offer and sale of certain "gasoline redemption certificates" via an internet website. Essentially, Plaintiff contends in the Complaint that Defendants unlawfully misappropriated, marketed and sold under its name a gasoline redemption program originally developed and previously operated by Plaintiff.

    2.    On February 20, 2009, the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, entered a Stipulated Order for Preliminary Injunction and Appointment of a Receiver (the "Circuit Court Order") which enjoined Tidewater Marketing Global

Consultants, Inc. ("Tidewater") from, among other things, further violations of Florida's unfair and deceptive trade practices laws and appointed Charles L. Stutts as Receiver ("Receiver").

3. On May 19, 2009, this Court entered its Order to Show Cause why the Complaint should not be dismissed for lack of prosecution due to the non-filing of a Case Management Report within the required time prescribed by Local Rule. After the Receiver requested additional time to respond to the Order to Show Cause, the Court entered an Order granting the Receiver until July 30, 2009, to file his response.

4. The Receiver has had the opportunity to evaluate the claims that are the subject of the matter presently before this Court and to inquire into the Defendant and its activities. In connection with this inquiry, the Receiver has learned among other things that Freefuelcenter.com is affiliated with and apparently controlled by BBZ Resource Management, an Arizona corporation that declared bankruptcy on or about June 26, 2009. Media reports state that BBZ Resource Management is subject to investigations by various states' Attorneys General for unfair and deceptive trade practices in connection with its offer of gift redemption certificates.

5. Based upon the foregoing and other considerations and information, the Receiver has determined that he should seek this Court's order dismissing the Complaint and this cause of action.

## Memorandum of Law

6. Fed. R. Civ. P. 41 provides that an action may be dismissed at the plaintiff's request by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be

dismissed over the defendant's objections only if the counterclaim can remain pending for independent adjudication.

7.   The record will show that the Defendants have not filed a counterclaim in this proceeding. In addition, Defendants, through their counsel, have stated that they have no objection to the dismissal of the Complaint and this cause of action. As a result, the Court is authorized under the applicable rule of civil procedure to dismiss this matter by order.

Certificate of Good Faith Communication

The Receiver has conferred with counsel for the Defendants and has been advised that he does not oppose the Receiver's motion to dismiss the Complaint.

WHEREFORE, Receiver requests that this Honorable Court dismiss the Complaint and this cause of action without prejudice.

Respectfully submitted,

 s/ G. Calvin Hayes
G. Calvin Hayes
Florida Bar No. 0558702
calvin.hayes@hklaw.com
Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602
(813) 227-8500 phone
(813) 229-0134 facsimile
Counsel for Receiver Charles L. Stutts

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Thomas Clayton Little
Law Office of Thomas C. Little
Suite A
2123 NE Coachman Rd
Clearwater, FL 33765

Eric Pinkard
Robbins Equitas, P.A.
2639 MLK Jr. Street North
St. Petersburg, FL 33704

I FURTHER CERTIFY that I mailed the foregoing document and the notice of electronic fling by first-class mail to the following non-CM/ECF participant:

Dennis Creed
Robbins Equitas, P.A.
2639 MLK Jr. Street North
St. Petersburg, FL 33704
Counsel for Defendants Freefuelcenter.com and Troy Warren

                                                       s/ G. Calvin Hayes
                                                       Attorney

# 8733977_v3